Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Nathan Walker (SBN 206128)
Gil Walton (SBN 324133)
THE NORTON LAW FIRM PC
299 Third Street, Suite 106
Oakland, California 94607
Telephone: (510) 906-4900
Fax: (510) 906-4910
fnorton@nortonlaw.com
bhann@nortonlaw.com
nwalker@nortonlaw.com
gwalton@nortonlaw.com

Attorneys for Defendants
COINBASE, INC., and COINBASE GLOBAL, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MANISH AGGARWAL, and MOSTAFA EL BERMAWY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>COINBASE, INC., and COINBASE GLOBAL, INC.,<br><br>Defendants. | Case No.: 4:22-cv-04829<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: August 23, 2022 |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Manish Aggarwal and Mostafa El Bermawy ("Plaintiffs") and Defendants Coinbase, Inc. and Coinbase Global, Inc. ("Defendants") (Plaintiffs and Defendants are collectively the "Parties"), by and through each Party's respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs served their original Class Action Complaint on September 8, 2022;

WHEREAS, Plaintiffs filed their First Amended Class Action Complaint on September 29, 2022;

WHEREAS, due to Defendants' executing a waiver of summons for the original Class Action Complaint, the current deadline for Defendants to respond to the First Amended Class Action Complaint currently is November 7, 2022;

WHEREAS, Defendants have requested, and Plaintiffs have consented, to extend the deadline for Defendants to respond to the First Amended Class Action Complaint by two weeks, to November 21, 2022;

WHEREAS, an additional two weeks for Defendants to respond to the First Amended Class Action Complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Defendants shall respond to the First Amended Class Action Complaint on or before November 21, 2022.

Dated:  October 25, 2022              BRAUN HAGEY & BORDEN LLP

*/s/ J. Noah Hagey*
J. Noah Hagey
*Attorney for Plaintiffs*
Manish Aggarwal and Mostafa El Bermawy

Dated:  October 25, 2022              THE NORTON LAW FIRM PC

*/s/ Bree Hann*
Bree Hann
*Attorney for Defendants*
Coinbase, Inc. and Coinbase Global, Inc.

Pursuant to Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 25, 2022     */s/ Bree Hann*
                              Bree Hann