Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Bree Hann (SBN 215695)
bhann@nortonlaw.com
Nathan Walker (SBN 206128)
nwalker@nortonlaw.com
Gil Walton (SBN 324133)
gwalton@nortonlaw.com
Celine G. Purcell (SBN 305158)
cpurcell@nortonlaw.com
Josephine Petrick (SBN 280233)
jpetrick@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendants
COINBASE, INC. and
COINBASE GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MANISH AGGARWAL and MOSTAFA EL BERMAWY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE, INC. and COINBASE GLOBAL, INC.,<br><br>Defendants. | Case No. 4:22-cv-04829-JSW<br><br>**DEFENDANTS' COINBASE, INC. AND COINBASE GLOBAL, INC.'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF**<br><br>Courtroom: 5, 2nd Floor<br>Judge:     Hon. Jeffrey S. White |

Defendants Coinbase, Inc., and Coinbase Global, Inc. ("Coinbase") file this opposition to Plaintiffs' Administrative Motion for Leave to File a Surreply. Dkt. 35. As Coinbase explained to Plaintiffs, Coinbase does not oppose their filing a surreply of up to 350 words to address the two recently released opinions. Coinbase does object, though, to Plaintiffs filing the four-page brief they attached to their administrative motion.

Coinbase moved to compel arbitration on November 21, 2022 and Plaintiffs filed their opposition on January 6, 2023. Dkt. 21, 24. On the same day that Plaintiffs filed their opposition, Judge Thompson filed her order in *Donovan v. Coinbase Global, Inc.*, 3:22-cv-02826-TLT (N.D. Cal. Jan. 6, 2023), granting Coinbase's motion to compel arbitration of those plaintiffs' claims. Coinbase filed its reply here in support of its motion to compel arbitration on January 27, 2023 and, in that brief, cited *Donovan* eight times, using approximately thirty-two of lines of the fifteen pages of its brief. Approximately eight percent of Coinbase's reply brief addressed *Donovan*.

On February 3, Judge Chesney filed her order in *Pearl v. Coinbase Global, Inc., et al.*, Case No. 3:22-cv-03561-MMC (N.D. Cal.), granting Coinbase's motion to compel arbitration of those plaintiffs' claims. Coinbase filed a notice of supplemental authority in this case on February 6, 2023, alerting the Court to *Pearl* but not including argument about that case. Dkt. 31.

On Friday, February 10, Coinbase's counsel was working with Plaintiffs' counsel to complete the parties' Joint Case Management Conference Statement. *See* Declaration of Bree Hann, ¶ 2. At 10:06 a.m. Pacific, Plaintiffs' counsel emailed Coinbase's counsel, attaching a draft administrative motion seeking leave to file a surreply to address *Donovan* and *Pearl* and asking if Coinbase would agree to the relief sought. *Id.* Plaintiffs' counsel gave Coinbase's counsel until 3:00 p.m. Pacific to respond with a position. *Id.* At 10:57 a.m. Pacific, Coinbase's counsel responded with a request that Plaintiffs provide the proposed surreply brief itself, as they had not attached it to their original email seeking agreement. *Id.*, ¶ 3. At 1:54 p.m. Pacific, Plaintiffs' counsel provided the draft surreply. *Id.* After reviewing the draft surreply, which was four pages long, Coinbase's counsel responded that Coinbase would agree to Plaintiffs seeking leave to file a surreply that complied with the length limit of FRAP 28(j) (that is, 350 words), and asking Plaintiffs to provide a proposed brief. *Id.* Instead, at 5:55 p.m. Pacific, Plaintiffs filed their administrative motion, attaching their original, four-page proposed

1

surreply.  Dkt. 35.

Coinbase does not oppose Plaintiffs having an opportunity to address *Donovan* and *Pearl*; *Donovan* was filed the day Plaintiffs' opposition was due, and *Pearl* was filed after all the briefing on Coinbase's motion was complete.  However, Plaintiffs' four-page brief is excessive.  Like Plaintiffs, Coinbase did not have an opportunity to address *Pearl* in its briefs, and submitted it to the Court without argument.  Dkt. 31.  As for *Donovan*, Plaintiffs are incorrect to suggest Coinbase relied "heavily" upon it in its reply.  Dkt. 35 at 1.  Coinbase cited the case eight times, over thirty-two lines, for approximately eight percent of its reply brief.  By contrast, Plaintiffs' proposed surreply, at four pages, would have been over 25% of its opposition.  There is no need for such disproportionate briefing; Plaintiffs do *not* argue that Coinbase unfairly raised new arguments on reply, only that Plaintiffs did not have the chance to address *Donovan* and *Pearl* because of the timing of those orders' filing.  Dkt. 35 at 1.  That being the case, FRAP 28(j)'s 350-word limit is sufficient for Plaintiffs to apprise the Court of their position on *Donovan* and *Pearl*.

Dated:  February 14, 2023

Respectfully submitted,

THE NORTON LAW FIRM PC

*/s/ Bree Hann*
Bree Hann

Attorneys for Defendants
COINBASE, INC. and
COINBASE GLOBAL, INC.

2

DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SURREPLY BRIEF
CASE NO. 4:22-CV-04829-JSW