1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
       borden@braunhagey.com
3  J. Tobias Rowe, Esq. (SBN: 305596)
       rowe@braunhagey.com
4  BRAUNHAGEY & BORDEN LLP
   747 Front Street, 4th Floor
5  San Francisco, CA 94111
   Telephone: (415) 599-0210
6  Facsimile: (415) 276-1808

7  Molly M. Jamison, Esq. (*pro hac vice* forthcoming)
       jamison@braunhagey.com
8  Garrett Biedermann, Esq. (*pro hac vice* forthcoming)
       biedermann@braunhagey.com
9  BRAUNHAGEY & BORDEN LLP
   118 W 22nd Street, 12th Floor
10 New York, NY 10011
   Telephone:  (646) 829-9403
11 Facsimile:  (646) 403-4089

12 *Attorneys for Class Plaintiffs Manish Aggarwal, Mostafa El Bermawy, and Others Similarly Situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MANISH AGGARWAL and MOSTAFA EL BERMAWY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COINBASE, INC. and COINBASE GLOBAL, INC., <br><br> Defendants. | Case No. 4:22-cv-04829-JSW <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Case No. 4:22-cv-04829-JSW
NOTICE OF VOLUNTARY DISMISSAL

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Plaintiff Mostafa El Bermawy voluntarily dismisses his claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 30, 2024                             Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: _____
　　　Matthew Borden

*Attorney for Plaintiffs*
*Manish Aggarwal and Mostafa El Bermawy*