J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Molly M. Jamison, Esq. (pro hac vice forthcoming)
jamison@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

*Attorneys for Class Plaintiffs Manish Aggarwal,*
*Mostafa El Bermawy, and Others Similarly Situated*

Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Bree Hann (SBN 215695)
bhann@nortonlaw.com
Esther Kim Chang (SBN 258024)
echang@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Ste. 450
Oakland, CA 94612
Telephone: (510) 906-4900

Attorneys for Defendants
COINBASE, INC. and
COINBASE GLOBAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MANISH AGGARWAL and MOSTAFA EL BERMAWY, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>COINBASE, INC. and COINBASE GLOBAL, INC.,<br><br>       Defendants. | Case No. 4:22-cv-04829-JSW<br><br>**JOINT STATUS REPORT**<br><br><br>Ctrm:  5<br>Judge: The Honorable Jeffrey S. White |

1    As ordered by the Court on August 2, 2023 (Dkt. 47 at 16), Plaintiffs Manish Aggarwal and

2  Mostafa El Bermawy and Defendants Coinbase, Inc. and Coinbase Global, Inc. provide this Joint Status

3  Report as to the status of arbitration proceedings.

4    Plaintiff Manish Aggarwal initiated an arbitration on April 22, 2024, against Coinbase, Inc.

5  before the American Arbitration Association.  In the arbitration, Mr. Aggarwal is represented by Brian

6  Levin, Bradon Grzandziel, and Kaki Johnson of Levin Law, P.A., and not by undersigned Plaintiffs'

7  counsel.  Coinbase, Inc. answered Mr. Aggarwal's demand on May 15, 2024.  The parties are waiting

8  on the appointment of a new arbitrator, as the prior arbitrators were disqualified.

9    Mr. El Bermawy voluntarily dismissed his claims in this matter with prejudice on

10  October 30, 2024.  (Dkt. 56.)

11

12

13  Dated: January 23, 2025              Respectfully submitted,

14                      THE NORTON LAW FIRM PC

15                      */s/ Esther Kim Chang*

16                      Esther Kim Chang

17                      Attorneys for Defendants
                        COINBASE, INC. and
18                      COINBASE GLOBAL, INC.

19

20  Dated: January 23, 2025              *Matthew Borden*

21                      Matthew Borden
                        BRAUNHAGEY & BORDEN LLP
22
                        Attorneys for Plaintiffs
23                      MANISH AGGARWAL and
                        MOSTAFA EL BERMAWY

24

25

26

27

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION

Pursuant to Local Rule 5-1(h)(3), I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: January 23, 2025

*/s/ Esther Kim Chang*

Esther Kim Chang
THE NORTON LAW FIRM PC