J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Molly M. Jamison, Esq. (pro hac vice forthcoming)
jamison@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

*Attorneys for Class Plaintiffs Manish Aggarwal,
Mostafa El Bermawy, and Others Similarly Situated*

Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Bree Hann (SBN 215695)
bhann@nortonlaw.com
Esther Kim Chang (SBN 258024)
echang@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Ste. 450
Oakland, CA 94612
Telephone: (510) 906-4900

Attorneys for Defendants
COINBASE, INC. and
COINBASE GLOBAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MANISH AGGARWAL and MOSTAFA EL BERMAWY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COINBASE, INC. and COINBASE GLOBAL, INC., <br><br> Defendants. | Case No. 4:22-cv-04829-JSW <br><br> **JOINT STATUS REPORT** <br><br><br> Ctrm:  5 <br> Judge: The Honorable Jeffrey S. White |

As ordered by the Court on August 2, 2023 (Dkt. 47 at 16), Plaintiffs Manish Aggarwal and Mostafa El Bermawy and Defendants Coinbase, Inc. and Coinbase Global, Inc. provide this Joint Status Report as to the status of arbitration proceedings.

Mr. El Bermawy voluntarily dismissed his claims in this matter with prejudice on October 30, 2024.  (Dkt. 56.)

Mr. Aggarwal initiated an arbitration on April 22, 2024, against Coinbase, Inc. before the American Arbitration Association.  In the arbitration, Mr. Aggarwal is represented by Brian Levin, Bradon Grzandziel, and Kaki Johnson of Levin Law, P.A., and not by undersigned Plaintiffs' counsel. Coinbase, Inc. answered Mr. Aggarwal's arbitration demand on May 15, 2024.  The parties are finalizing settlement and anticipate filing a stipulation of dismissal with prejudice within the next thirty to forty-five days.

Dated: January 16, 2026                    Respectfully submitted,

THE NORTON LAW FIRM PC

*/s/ Esther Kim Chang*
Esther Kim Chang

Attorneys for Defendants
COINBASE, INC. and
COINBASE GLOBAL, INC.

Dated: January 16, 2026                    */s/ Matthew Borden*
Matthew Borden
BRAUNHAGEY & BORDEN LLP

Attorneys for Plaintiffs
MANISH AGGARWAL and
MOSTAFA EL BERMAWY

1

## **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: January 16, 2026

/s/ *Esther Kim Chang*
Esther Kim Chang
THE NORTON LAW FIRM PC

2